**BRAIN INJURY RIGHTS GROUP**

Address: 300 E 95th St., Suite #130 New York, NY 10128
Telephone: 646.850.5035
Website: www.braininjuryrights.org

September 20, 2024

<u>**VIA ECF**</u>
Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2024

Re: *Chaperon et al. v. Banks et al.,* 24-cv-05135 (JHR)

Dear Judge Rearden:

    This firm represents all Plaintiffs in the above matter. I respectfully request an adjournment of this afternoon's oral argument on Plaintiffs' motion for preliminary relief.

    The basis for the request is that Plaintiffs will be filing an Amended Complaint, together with an order to show cause seeking different preliminary relief.

    Therefore, I respectfully withdraw the pending application for preliminary relief.

    I have conferred with defense counsel, Thomas Lindeman, Esq., who consents to the adjournment.

    This is my first request for the adjournment of this matter.

    Thank you for Your Honor's consideration.

Respectfully submitted,

*Mary Jo Whateley*

Mary Jo Whateley (mw9535)

cc:    All Counsel of Record via ECF.

---

Upon consideration of Plaintiffs' representations and arguments in the instant letter and during today's conference: (1) the Court deems Plaintiffs' motions for a Temporary Restraining Order and/or Preliminary Injunction, ECF Nos. 36 and 42, withdrawn; and (2) Plaintiffs' deadline to amend the Complaint is extended to Monday, September 23, 2024. The Clerk of Court is directed to terminate ECF Nos. 58 and 59. SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: September 20, 2024