UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EILEEN MENDEZ et al.,<br><br>        Plaintiffs,<br><br>    -v.-<br><br>DAVID C. BANKS and the NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>        Defendants. | 24 Civ. 5135 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

In light of the filing of the First Amended Complaint, ECF No. 61, Defendants' motion to dismiss the original Complaint, ECF No. 48, is DENIED without prejudice as moot.

Defendants shall respond to the First Amended Complaint by **October 14, 2024.** If Defendants renew their motion to dismiss, Plaintiff shall file any opposition to the renewed motion by **October 28, 2024.** Defendants shall file any reply by **November 4, 2024.**

Additionally, by **September 26, 2024**, Plaintiffs shall file "a redline showing all differences between the original and" amended Complaint in compliance with the Court's Individual Rules and Practices in Civil Cases. *See* R. 1.D.

The Clerk of Court is directed to terminate ECF No. 48.

SO ORDERED.

Dated: September 24, 2024
   New York, New York

                    */s/ Jennifer H. Rearden*
                    JENNIFER H. REARDEN
                    United States District Judge