UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNN B. CHAPERON et al., | |
| Plaintiffs, | |
| -v.- | |
| DAVID C. BANKS and the NEW YORK CITY DEPARTMENT OF EDUCATION, | |
| Defendants. | |

24 Civ. 5135 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Plaintiffs moved for an order to show cause why an order pursuant to 20 U.S.C. § 1415(j) should not issue. ECF No. 67. It is hereby ordered that Defendants' response shall be filed by **December 3, 2024**, and Plaintiffs' reply, if any, shall be filed by **December 17, 2024**.

Oral argument shall take place by telephone on **December 23, 2024** at **9:30 a.m.** Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 278 707 908 followed by the pound (#) key. Members of the public may call the same number but are to keep their phones muted during the proceeding.

By **November 19, 2024**, the parties shall contact the Chambers of Magistrate Judge Sarah Netburn to schedule a settlement conference. The conference should take place at the earliest opportunity, and in no event later than **December 19, 2024** (subject to Judge Netburn's availability). An order referring this case to Judge Netburn will issue. By **December 23, 2024**, the parties shall file a joint letter stating their efforts to arrive at a disposition of this matter.

SO ORDERED.

Dated: November 15, 2024
New York, New York

JENNIFER H. REARDEN
United States District Judge