UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LYNN B. CHAPERON, et al.,

                Plaintiffs,

-against-

DAVID C. BANKS, et al.,

                Defendants.

------------------------------------------------------------X

24-CV-05135 (JHR)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiffs' counsel's request that the Plaintiffs be excused from attendance at the settlement conference but available if needed by telephone is GRANTED.

**SO ORDERED.**

*/s/ Sarah Netburn*
SARAH NETBURN
United States Magistrate Judge

DATED:   November 26, 2024
                New York, New York