

**Muriel Goode-Trufant**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Eric Teszler**
*Assistant Corporation Counsel*
Office: (212) 356-1652

December 13, 2024

<u>VIA ECF</u>
Hon. Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

      Re:    *Chaperon, et al. v. Banks, et al.*, 24-cv-5135 (JHR)(SN)

Dear Judge Rearden:

      I am an Assistant Corporation Counsel in the Office of Corporation Counsel, attorney for Defendants in the above-referenced action.

      Pursuant to the discussions among the parties at the in-person Settlement Conference held before Judge Netburn on December 2, 2024 (*see* ECF No. 83), the parties submit this joint letter to withdraw their respective pending motions without prejudice. Specifically, Plaintiffs withdraw, without prejudice, their pending motion for a preliminary injunction (*see* ECF Nos. 67–69). Defendants withdraw, without prejudice, their pending motion for partial dismissal of the first amended complaint (*see* ECF Nos. 72–74). At this juncture in the case, the parties agree to provide periodic updates to the Court regarding the status of payments at issue. The parties look forward to discussing same via teleconference before Judge Netburn on Monday, December 16, 2024 at 10:30 a.m.

      The parties thank the Court for considering these requests.

      Respectfully submitted,

/s/ Rory J. Bellantoni
Rory J. Bellantoni, Esq.
Attorney for Plaintiffs

/s/ Eric Teszler
Eric Teszler, Esq.
Attorney for Defendants

cc: All counsel of record (via ECF)

In view of the parties' joint request to withdraw the pending motions for a preliminary injunction and for partial dismissal of the first amended complaint, *see* ECF Nos. 67, 72, the motions are hereby terminated without prejudice. The hearing scheduled for December 23, 2024 at 9:30 a.m., *see* ECF Nos. 79, 85, is adjourned *sine die*.

By **January 13, 2025**, the parties shall file a joint letter updating the Court on the status of the payments at issue.

The Clerk of Court is directed to terminate ECF Nos. 67 and 72.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: December 17, 2024