```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LYNN B. CHAPERON, et al.,

                Plaintiffs,

      -against-

DAVID C. BANKS, et al.,

                Defendants.

-------------------------------------------------------------X

24-CV-05135 (JHR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The parties are directed to file a status letter by March 3, 2025, addressing any open issues. To the extent issues remain in dispute thereafter, Plaintiffs shall file a brief addressing all matters in dispute on March 7, 2025. Defendants may file an opposition brief by March 28, 2025, and Plaintiffs may file a reply brief by April 11, 2025.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 11, 2025
                New York, New York