UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LYNN B. CHAPERON, et al.,

                      Plaintiffs,

        -against-

DAVID C. BANKS, et al.,

                      Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/2025

24-CV-05135 (JAV)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Defendants were directed to file a letter responding to Plaintiff's letter motion for conference by April 10, 2025. ECF No. 110. No letter response has been filed. Defendants shall file a letter response no later than Wednesday, April 16, 2025.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    April 14, 2025
               New York, New York