**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
LYNN B. CHAPERON, as Parent and Natural
Guardian of A.J.C.B., and LYNN B. CHAPERON,
Individually, et al.

                    Plaintiffs,              24 **CIVIL** 5135 (JAV)

     -against-                       **JUDGMENT**

DAVID C. BANKS, in his official capacity as
Chancellor of the New York City Department of
Education, and the NEW YORK CITY
DEPARTMENT OF EDUCATION,

                    Defendants.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 4, 2025, Judgment is entered in accordance with the Opinion and Order, and the case is closed.

**Dated:** New York, New York
         August 4, 2025

                                             **TAMMI M. HELLWIG**
                                                Clerk of Court

                   **BY:**

                                                **Deputy Clerk**